IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SHEENA RODRIGUEZ, *et al.*, | |
| Plaintiffs, | |
| v. | 2:25-CV-163-Z |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Motion to Stay ("Motion"), filed October 14, 2025. ECF No. 18. Defendants filed the Motion because "on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed." *Id.* at 1. "Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances . . . ." *Id.* Defendants accordingly request "a stay of all pending deadlines." *Id.* They also represent that if the Motion is granted, they "will notify the Court as soon as Congress has appropriated funds for the Department." *Id.*

The Motion is **GRANTED**. This case is **STAYED** until Department of Justice attorneys are able to resume their usual civil litigation duties. Defendants are **ORDERED** to notify the Court immediately once Congress has appropriated funds for the Department. After funds have been appropriated, the Court will issue an order extending all current deadlines by a number of days commensurate with the duration of the lapse in appropriations.

**SO ORDERED.**

October 16, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE